IN THE SUPREME COURT OF THE STATE OF NEVADA

DITECH FINANCIAL LLC, F/K/A
GREEN TREE SERVICING LLC, A
FOREIGN LIMITED LIABILITY
COMPANY,

Appellant,

vs.

SFR INVESTMENTS POOL 1, LLC,

Respondent.

No. 79798

FILED

APR 29 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Jerry A. Wiese, District Judge
Wolfe & Wyman LLP
Kim Gilbert Ebron
Eighth District Court Clerk

---

[1]Given this dismissal, no action will be take on the April 23, 2020, response to order to show cause.

20-16164